# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRAM ELIHU, *an individual doing business as* Blue Pacific Engineering & Construction, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,<br><br>Defendants. | Case No.: 3:24-cv-01594-RBM-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANTS**<br><br>[Doc. 13] |

On May 27, 2025, Plaintiff Shahram Elihu ("Plaintiff") and Defendants United States Small Business Administration; Isabella Casillas Guzman, in her official capacity as Administrator of the Small Business Administration; Janet Yellen, in her official capacity as United States Secretary of Treasury; and the United States of America ("Defendants") (collectively, the "Parties") filed a Joint Motion to Dismiss with Prejudice All Claims Against Defendants ("Joint Motion"). (Doc. 13.)

In their Joint Motion, the Parties move to dismiss "with prejudice all pending claims asserted in this action by Plaintiff against Defendants pursuant to the Settlement Agreement" attached to the Joint Motion as Exhibit A. (*Id.* at 2, 6–11.) The Parties also note that each party will "bear its own costs, expenses, and attorneys' fees." (*Id.* at 2.)

1  Accordingly, the Parties' Joint Motion is **GRANTED**.  Plaintiff's claims against
2  Defendants are **DISMISSED with prejudice**.  The Parties shall bear their own costs,
3  expenses, and attorneys' fees.

4  **IT IS SO ORDERED**.

5  DATE:  May 30, 2025

6  _____
7  HON. RUTH BERMUDEZ MONTENEGRO
   UNITED STATES DISTRICT JUDGE